UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

**CRIMINAL ACTION NO. 06-4-DLB-CJS**

**UNITED STATES OF AMERICA**                                                       **PLAINTIFF**

**vs.**          **ORDER ADOPTING REPORT AND RECOMMENDATION**

**LAWRENCE HASLON**                                                     **DEFENDANT**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This matter is before the Court on the December 31, 2016 Report and Recommendation (R&R) of United States Magistrate Judge Candace J. Smith, wherein she recommends that the Court revoke Defendant's supervised release and impose a sentence of thirty-seven (37) months incarceration, with no supervised release to follow. (Doc. # 63).

During the final revocation hearing conducted by Magistrate Judge Candace J. Smith on November 9, 2016, Defendant pled guilty to Violations 1 and 2, as set forth in the August 16, 2012 Supervised Release Violation Report and Violation 4 in the November 3, 2016 Memorandum Supplement. The United States then moved to dismiss Violation 3. Defendant having waived his right to allocution (Doc. # 62) and his right to file specific objections to the R&R (Docs. # 59 and 63), the R&R is ripe for the Court's consideration.

Having reviewed the R&R, and the Court concluding that the R&R is sound in all respects, including the recommended sentence and the basis for said recommendation, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

(1) The Report and Recommendation of the United States Magistrate Judge (Doc. # 63) be, and hereby is, **adopted** in full as the findings of fact and conclusions of law of the Court;

(2) Defendant is found to have **VIOLATED** the terms of his supervised release as outlined in Violations 1 and 2 of the August 16, 2012 Violation Report, and Violation 4 as set forth in the November 3, 2016 Memorandum Supplement;

(3) Defendant's supervised release is hereby **REVOKED**;

(4) Defendant is sentenced to the **CUSTODY** of the Attorney General for a period of **thirty-seven (37) months**, with **no term of supervised release to follow**;

(5) Defendant's sentence, if possible, shall be served at the federal correctional facility as close as possible to his family in Richmond, Kentucky; and

(6) A Judgment shall be entered concurrently herewith.

This 7th day of January, 2017.



Signed By:
David L. Bunning
United States District Judge

K:\DATA\ORDERS\Covington Criminal\2006\06-04 Order Adopting R&R re SRV.wpd

2